Plaintiff:
Hinds County; The Hinds County
Board Of Supervisor; Tyrese Jones
Hinds County Sheriff, In His
Official Capacity

Vs.

Dwight Howard

3:24-CV-436-CWR-LGI


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 24 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

I'm filing complaint under Unusal Punishment and Uncondition Living. Hinds County Jail don't have nothing but, one trainee working by herself. To watch 250-C4;. that a lot of inmates to watch by theyself.

They don't do count, they asked inmates on the floor how many inmates on the zone, no security check. Not enough officers; officers and administrative don't have no control over other zones. Other zones never rack down or come off the rec. yard.

You don't receive the property medical care or treatment. On July 7, 2024 I fill out a medical form. For my back and X-ray; medical ain't did anything. They show favoritism who get the right treatment and Dental plan. Medical tell me Dentist only pulled teeth. But, medical sunt John Flemmings to outside Dentist to set a plate and eye glasses.

They don't give you clothes issue. I receive a jumpsuit, one d half of sheet, a big towel, and tissue. I was naked under my jumpsuit. I been here 10 months still ain't got no clother issue.

The showers got mildew at top of the shower. When we take a shower water and mildew be dropping on us. C-4 suppose to be Segration lockdown. But, how when ain't no windows in the door. Inmates be jumping out there window.

Inmat Inmates on 'd be seating on the window with shakes and iron pole. Admin. ain't did no shakedown over there. They scared of C-2 housing unit.

No legal assisting to help the inmates with there legal work. No one look up a case for you. Can't get the paper you need copy for court. Can't get no officers to Notarized any paper you got.

Housing Unit so dirty and walls. Ceiling falling down peice by peice. Airvent full of dirt and dust. The zone never get mop or shower clean. Administrative don't come around with insect spray. Rust up and down the steps. Stairs breaking apart.

They don't do nothing for your bascic hygenies. They don't have no hair clippers for the zones. For any inmate to cut they hair. Or to shave with them. We got to ask our family or loved ones to buy us some hair clipper.

We got to call home to order a microwave and T.V. to watch. They don't buy anything but, get a Fedral Grant to spend on anything accepted inmates, they housing.

Sincerly

Dwight Howard