IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DWIGHT HOWARD                                                                                          PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:24-cv-436-CWR-LGI

HINDS COUNTY, ET AL.                                                                            DEFENDANTS

FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 11th day of December, 2024.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE